UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2021

**ALICE GRIFFIN**

                Plaintiff

-against-

**WMI LIQUIDATING TRUST** and
**MR. COOPER GROUP INC.**

                Defendants

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Index No. 1:21-cv-04554 (GHW)

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

NOTICE IS HEREBY GIVEN that, on May 20, 2021, Plaintiff, Alice Griffin, commenced the above-captioned action against Defendants, WMI Liquidating Trust and Mr. Cooper Group, Inc.

NOTICE IS HEREBY FURTHER GIVEN that, on June 1, 2021, an amended complaint was filed.

NOTICE IS HEREBY FURTHER GIVEN that notwithstanding the merits of Plaintiff's claims or the validity of her allegations, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Alice Griffin, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against Defendants WMI Liquidating Trust and Mr. Cooper Group, Inc.

Dated: June 28, 2021
New York, New York

/s/ *Alice Griffin*
Alice Griffin
121 East 12th Street, #7C
New York, New York 10003
646-337-3577

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

SO ORDERED.

Dated: June 28, 2021
New York, New York

GREGORY H. WOODS
United States District Judge